

# United States District Court

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

Daniel Castillo-Ortiz
A#098 433 430

## CRIMINAL COMPLAINT

CASE NUMBER: 07-7246m

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about August 29, 2007, Daniel Castillo-Ortiz, an alien, entered, and was found in the United States of America at or near Phoenix, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 19, 2005, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent of the Bureau of Customs and Border Protection and that this complaint is based on the following facts:

See Attached Statement of Probable Cause Incorporated By Reference Herein

AUTHORIZED BY: Elaine Whiffen, P.S., for AUSA Lynne Ingram

_____
Signature of Complainant
Timothy Taylor

Sworn to before me and subscribed in my presence,
August 30, 2007, at Phoenix, Arizona.

_____
Signature of Judicial Officer
United States Magistrate Judge
Edward C. Voss

## STATEMENT OF PROBABLE CAUSE

I, Timothy Taylor, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent of the Bureau of Customs and Border Protection. I have learned from direct participation in the investigation and from the reports and communications of other agents the facts recited herein.

2. On August 29, 2007, Supervisory Border Patrol Agent Borden and Border Patrol Agents Sifly, Turner, and Anderson were assigned to Transportation Check Operations at the Greyhound Bus Depot on Buckeye Road and 24th Street in Phoenix, Arizona.

3. Agents Sifly, Turner and Anderson were preparing to enter the Greyhound Depot from the rear parking lot. Agent Borden was walking through the public parking lot toward the front entrance.

4. As Agent Borden was walking along side the building, he saw a male subject come around the corner of the building. The subject looked at Agent Borden and, visibly surprised, abruptly changed direction and began to walk at a rapid pace towards a blue older model F-150 truck parked nearby. The manner in which the subject was acting was consistent with that of a person that was attempting to leave the area quickly as to avoid any contact with Agent Borden. Agent Borden looked at the truck and noticed immediately that in the rear window there were two small license-plate style stickers. Agent Borden recognized the stickers as the type placed in the

windows of vehicles registered in Mexico, specifically in the state of Sonora. Agent Borden began to approach the subject and could see that the individual was nervously attempting to enter the vehicle and put his keys in the ignition.

5. Agent Borden quickly approached the subject and identified himself, in both the English and Spanish language, as a United States Border Patrol Agent. Agent Borden proceeded to conduct an immigration inspection on the subject, later identified as Daniel Castillo-Ortiz. Castillo freely admitted that he was a Mexican citizen. Agent Borden then asked Castillo if he had any immigration documents allowing him to be in the United States legally, and Castillo replied "No." Agent Borden then asked Castillo if he was illegally present in the United States, to which Castillo responded "Yes." Agent Borden placed Castillo under arrest and transported him to the Phoenix Immigration and Customs Enforcement (ICE) detention center in downtown Phoenix for further processing.

6. At the ICE detention center, automated fingerprint analysis of Castillo showed that he had been previously removed from the United States and had an extensive criminal history. Shortly thereafter, Castillo was transported to the Casa Grande Border Patrol Station for further processing.

7. At the Casa Grande Border Patrol station, Castillo was advised of his Miranda rights, via service form I-214, by Supervisory Border Patrol Agent Borden and witnessed by Agent Anderson. Castillo stated that he understood his rights and was willing to give a statement without an attorney present.

8. During a sworn statement given to Agent Sifly, Castillo freely admitted that his true and correct name was Daniel Castillo-Ortiz. During further questioning Castillo admitted that he was a citizen of Mexico and that he did not have any immigration documents to be in, enter or pass through the United States legally. Castillo also admitted that he was removed from the United States by ICE approximately three years ago. Castillo further admitted that he re-entered the United States illegally on or about July 29th, 2007, by circumventing the International Boundary Fence at or near Sasabe, Arizona.

9. Immigration history checks revealed that Castillo was ordered removed by an Immigration Judge in Florence, Arizona, on April 19, 2005, and departed the United States on April 19, 2005, at Nogales, Arizona. There is no evidence in Castillo's immigration file to suggest that he obtained the express consent of either the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States after his removal. Castillo's immigration history was matched to him by fingerprint comparison.

10. Criminal history checks revealed that Castillo was convicted on December 1, 2004, in the Superior Court of Arizona, Maricopa County, on the charge of Aggravated Driving or Actual Physical Control While Under the Influence of Intoxicating Liquor or Drugs, a class four felony, and sentenced to four months imprisonment. Castillo's criminal history was matched to him by fingerprint comparison.

11. For these reasons, the affiant submits that there is probable cause to believe that on or

about August 29, 2007, Daniel Castillo-Ortiz, an alien, entered, and was found in the United States of America at or near Phoenix, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about April 19, 2005, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Timothy Taylor, Border Patrol Agent
United States Border Patrol

Sworn to and subscribed before me this 30th day of August, 2007.

_____
United States Magistrate Judge
Edward C. Voss