FILED ✗  ___ LODGED
___ RECEIVED  ___ COPY

SEP 2 0 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  DANIEL G. KNAUSS
   United States Attorney
2  District of Arizona

3  LYNNE T. INGRAM
   Assistant U.S. Attorney
4  Two Renaissance Square
   40 North Central Avenue, Suite 1200
5  Phoenix, Arizona 85004-4408
   Arizona State Bar No. 022193
6  Telephone (602) 514-7500
   lynne.ingram@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR 07-1048-1-PHX-JAT |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | VIO: 8 U.S.C. §§ 1326(a) and enhanced by (b)(1) |
| Daniel Castillo-Ortiz, | |
| Defendant. | (Reentry after Deportation) |

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 29, 2007, DANIEL CASTILLO-ORTIZ, an alien, entered and was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona on or about April 19, 2005, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(1).

Dated this 6th day of September, 2007.

DANIEL G. KNAUSS
United States Attorney
District of Arizona

*/s/ Lynne J. Ingram*

LYNNE T. INGRAM
Assistant U.S. Attorney